P SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | ☒ LA  ☐ RS  ☐ SA    ☐ UNDER SEAL |
|---|---|
| | CASE NUMBER: MJ-05-1209 |
| | ☒ COMPLAINT      ☐ OUT OF DISTRICT AFFIDAVIT |
| | ☐ INDICTMENT     ☐ INFORMATION |
| v. | ☐ SUMMONS        ☐ EXTRADITION |
| | ☐ PSA/PO WARRANT |
| | ☐ SUPER FAST TRACK (Class B Misdemeanor) |
| | FILED: 6-9-05 |
| Steven Prowler         DEFENDANT. | VIOLATION: 18: 2423 |
| | DATE: 5-15-06      TIME: 2:00 |
| | TAPE NUMBER: 06-26 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Woehrle | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: D Thomas         Sherilyn Garnett         N/A
         *Deputy Clerk*    *Assistant U.S. Attorney*    *Interpreter / Language*

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Michael Garcia _____ ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order) ☐ Special appearance by: _____
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Defendant is ordered: ☒ Permanently Detained     ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ Detained _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:     ☐ GRANTED  ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**   ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT**    ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☒ Preliminary Hearing set for 5/30/06 at 4:30 PM _____
☒ Post-Indictment Arraignment set for: 6/5/06 at 8:30 AM in LA at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED  ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED  ☐ DENIED
☐ Defendant executed Waiver of Rights.  ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue.   ☐ Warrant of removal and final commitment are ordered stayed until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☒ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
   RELEASE ORDER NO: _____
☐ Other: _____

                      ☐ PSA          ☐ FINANCIAL          ☐ READY          Deputy Clerk Initials ____
cc: *AUSA, Defendant's counsel*      DOCKETED ON CM
   ☒ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO           MAY 17 2006
   ORIGINAL -WHITE COPY    PINK- PIA CLERK    YELLOW - STATS    GREEN - CRD
   BY ____ 0291

M-5 (11/04)          CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1
                                                                              G:20 U.S. GPO: 2005-785-504/39158