P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | MJ 05-1209 |
| STEVEN PROWLER  DEFENDANT | ABSTRACT OF COURT PROCEEDING |

TO: UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable __CARLA M. WOEHRLE__,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date ☐ ordered ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith       ☐ as soon as possible       ☐ as requested, at suitable times

☐ Allowed social visits       ☐ Dressed in civilian clothing for court appearances
☒ Housed or designated to ☒ MDCLA ☐ Other __Maintain Current Cust. Cond. + Med. Treatment__
☐ Provided with a medical examination and/or medical treatment for _____
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

Dated: 5/15/06

CLERK U.S. DISTRICT COURT
By: _____
Deputy Clerk

## RETURN TO CLERK'S OFFICE

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

DOCKETED ON CM
MAY 17 2006
BY _____ 029

Name (Print)        Title        Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (12/03)           ABSTRACT OF COURT PROCEEDING           ★ U.S GPO: 2004-685-310