# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:06CR391          Recorder: C/S 06/05/2006          Date: 06/05/2006

Present: The Honorable Paul L. Abrams, U.S. Magistrate Judge

Court Clerk: Maria Cortez                    Assistant U.S. Attorney: Tyson Walch & Lisa Feldman

| **United States of America v.** | **Attorney Present for Defendant Language(s)** | **Interpreter** |
|---|---|---|
| STEVEN ERIC PROWLER<br>Custody - Present | Chris Dybwad<br>DFPD | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is             . Steven Erik Prowler.

Defendant is given a copy of the Indictment, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the Indictment.

Court orders this case assigned to the calendar of U.S. District Judge Robert M. Takasugi for/and further orders jury trial set for July 11, 2006 at 9:00 am. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

   Pretrial-Trial Conference, Status Conference July 3, 2006 at 9:30 am.

Court orders notice to counsel and discovery and inspection order issued.

Other:

                                                    0 : 4.5
                                    Initials of  mc
                                    Deputy
                                    Clerk:

cc: PSA, Statistics Clerk, USM LA



DOCKETED ON CM
JUN 1 4 2006
BY _____ 082