# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

_X_ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

| | |
|---|---|
| Case No. | **CR 06-00391-RMT** |
| Date | December 14, 2006 |

Present: The Honorable **THE HONORABLE ROBERT M. TAKASUGI, SENIOR U.S. DISTRICT JUDGE**

Interpreter

| Heidi M. Hricko | Not Recorded | Sherilyn Peace Garnett, AUSA Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) STEVEN ERIC PROWLER | Not | x | | 1) Chris Dybwad, DFPD | Not | | |

**Proceedings:**   (IN CHAMBERS)   **MINUTE ORDER - NOTICE**

The Court is in receipt of Government's First Superseding Indictment, filed November 21, 2006.

The Court hereby directs the arraignment of the defendant on the First Superseding Indictment to the Magistrate Judge for handling.

|  | 00 : 00 |
|---|---|
|  | Initials of Deputy Clerk  hmh |

cc: AUSA
    DFPD
    USM



DOCKETED ON CM
DEC 15 2006
BY ___ 171