GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
SHERILYN PEACE GARNETT (Cal Bar No. 208318)
Assistant United States Attorneys
Organized Crime and Terrorism Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3424
     Facsimile: (213) 894-3713
     Email: sherilyn.garnett@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 06-391-RMT |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING CONTINUANCE OF MOTIONS HEARING DATE; [~~PROPOSED~~] ORDER |
| v. | ) |
| STEVEN ERIK PROWLER, | ) Proposed Date: January 16, 2007 |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Steven Erik Prowler, by his attorney of record, Deputy Federal Public Defender Christopher W. Dybwad, hereby stipulate and agree as follows:

1.  On or about October 16, 2006, defendant filed a Motion to Dismiss the Indictment, which challenges Congress' enactment of 18 U.S.C. § 2423(c). On the same date, defendant also filed a Motion to Suppress Evidence ("Suppression Motion"), which seeks to suppress a post-arrest statement made by defendant in Thailand to the Royal

cc: PSA
    USM

1 | Thai Police. Defendant noticed both of his Motions to be heard on
2 | November 6, 2006.

3 |     2.  On October 24, 2006, the government filed an unopposed ex
4 | parte application for additional time to respond to the Motions and
5 | for a modification of the briefing schedule. With respect to the
6 | Suppression Motion, the government advised the Court, among other
7 | things, that if the facts concerning the Suppression Motion were
8 | ultimately deemed to be in dispute, it may be necessary to arrange
9 | for a Senior Special Agent with the Bureau of Immigration and
10 | Customs Enforcement ("BICE") to travel from Thailand to the United
11 | States to attend the hearing on the Suppression Motion. The Court
12 | subsequently granted the government's ex parte application and
13 | scheduled the hearing on the Motions to take place on November 20,
14 | 2006.

15 |     3.  Prior to November 20, 2006, counsel for defendant
16 | requested that the hearing on the Motions be continued from November
17 | 20, 2006, to November 28, 2006, because counsel for defendant had a
18 | scheduling conflict that prevented him from being present for the
19 | November 20, 2006, hearing. After learning of defense counsel's
20 | request, government counsel informed counsel for defendant that
21 | continuing the hearing on the Motions from November 20, 2006, would
22 | make it difficult for the BICE Senior Special Agent, who had
23 | submitted a declaration in support of the government's opposition to
24 | defendant's Suppression Motion, to travel to the United States for
25 | the new hearing date. The parties were also informed by the Court
26 | that it would be difficult for the Court to calendar the hearing for
27 | a date in December 2006.
28 | .

4. At the request of the parties, the Court subsequently took the hearing on the Motions off of the Court's calendar in anticipation that the parties would stipulate to a new hearing date.

5. Accordingly, the parties hereby stipulate and request that the hearing on the Motions be continued to the week of January 16, 2007, the week before the trial of this matter, which is currently scheduled for January 23, 2007. Continuing the hearing to the week before the trial of this matter will help to alleviate the need for the BICE Senior Special Agent to have to travel overseas twice in January 2007.

IT IS SO STIPULATED.

DATED: December 13, 2006

Respectfully submitted,

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_____
SHERILYN PEACE GARNETT
Assistant United States Attorney

DATED: December 13, 2006

_____
CHRISTOPHER M. DYBWAD
Attorney for defendant

[PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, it is hereby ordered that for all the reasons set forth above, the hearing on defendant Steven Erik Prowler's Motion to Dismiss and Motion to Suppress Evidence is continued to January 16, 2007, at 9:30 a.m./p.m.

DATED: December 14, 2006

_____
THE HONORABLE ROBERT M. TAKASUGI
United States District Judge

3

CERTIFICATE OF SERVICE

I, **LORINDA CANTU** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of

**STIPULATION REGARDING CONTINUANCE OF MOTIONS HEARING DATE; [PROPOSED] ORDER**

service was:

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[] Placed in a sealed envelope for collection and Mailing via United States Mail, addressed as follows:

[] By hand delivery addressed as follows:

[] By facsimile as follows:

**CHRIS DYBWAD**
**DEPUTY FEDERAL PUBLIC DEFENDER**
**321 EAST 2ND STREET**
**LOS ANGELES, CA 90012**

This Certificate is executed on, December 13, 2006 Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

LORINDA CANTU