# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:06-CR-00391(A)-RMT</u>            Recorder: <u>CS 01/16/07</u>            Date: <u>01/16/2007</u>

Present: The Honorable <u>Carolyn Turchin</u>, U.S. Magistrate Judge

Court Clerk: <u>Linda Jackson Williams</u>            Assistant U.S. Attorney: <u>Bayron Gilchrist</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| STEVEN ERIC PROWLER<br>        CUSTODY - Present | Carlton Gunn specially appearing for CHRIS DYBWAD<br>        DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the FIRST Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the FIRST Superseding Indictment.

This case was previously assigned to the calendar of District Judge Robert M. Takasugi.
All dates previously set remain.

Trial estimate: 5 - 7 days.

Defendant to appear before Judge Takasugi after Post Indictment Arraignment.

<u>00 : 03</u>
Initials of Deputy Clerk: <u>ljw</u>