## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

## AMENDED

| Case No. | **CR 06-00391-RMT** | | Date | January 22, 2007 |
|---|---|---|---|---|

Present: The Honorable   THE HONORABLE ROBERT M. TAKASUGI, SENIOR U.S. DISTRICT JUDGE

Interpreter

| Heidi M. Hricko | Donna Fitzsimons | Sherilyn Peace Garnett, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1)   Steven Eric Prowler | x | x | | 1) Chris Dybwad, DFPD | x | x | |

**Proceedings:**   STATUS CONFERENCE RE: DEFENDANT'S MOTIONS

Defendant is present with counsel.  Motions are not heard, as the witness to be cross-examined is not present.

Court and counsel agree on the following dates:

1.  Defendant's Motion to Dismiss and Defendant's Motion to Suppress are to be heard on January 29, 2007 at 10:30 a.m.

2. The Jury Trial is **NOW** scheduled to commence on February 27, 2007 at 9:00 a.m.

|  | : | .15 |
|---|---|---|
| Initials of Deputy Clerk | hmh | |

cc: USM
　　PSA