UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

**P-SEND**

| Case No. | **CR 06-00391-RMT** | Date | January 29, 2007 |
|---|---|---|---|

| Present: The Honorable | THE HONORABLE ROBERT M. TAKASUGI, SENIOR U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Heidi M. Hricko | Donna Fitzsimons | Sherilyn Peace Garnett, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Steven Eric Prowler | X | X | | 1) Chris Dybwad, DFPD | X | X | |

**Proceedings:**   DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
DEFENDANT'S MOTION TO DISMISS THE INDICTMENT

   Defendant is present with counsel.  An evidentiary hearing is conducted on Defendant's Motion to Suppress.  Witness Agent Taekuk Cho is sworn and testifies. Defendant's exhibits 101 and 102 are identified and put before the witness.  The witness draws a sketch which is identified as exhibit defendant's exhibit 109.  No exhibits are moved into evidence.

   The Court hears oral arguments and rules as follows:

   1. The court GRANTS Defendant's Motion to Suppress the statements given by Defendant on May 11, 2005.

   2. The court DENIES Defendant's Motion to Dismiss the Indictment.

Subsequent to the hearing, the court sets a status conference for **February 12, 2007 at 9:30 a.m.**

| | 2 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | | hmh | |

cc:  PSA & USM