UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

SEND

| Case No. | CR 06-00391(A)-RMT | Date | February 12, 2007 |
|---|---|---|---|

Present: The Honorable  THE HONORABLE ROBERT M. TAKASUGI, SENIOR U.S. DISTRICT JUDGE

Interpreter

| Heidi M. Hricko | Donna Fitzsimons | Sherilyn Peace Garnett, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Steven Eric Prowler | X | X | | 1) Chris Dybwad, DFPD | X | X | |

**Proceedings:**   STATUS/PRETRIAL CONFERENCE

Defendant is present with counsel.
Court and counsel confer.

Counsel request a further status conference, with the possibility of defendant's change of plea.

Court sets a Further Status Conference for Wednesday, February 14, 2007, at 9:30 a.m., at which time the defendant may change his previous not guilty plea.

                                                                    :    .05
                                                      Initials of Deputy Clerk    hmh

cc: PSA
    USM