# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 06-00391(A)-RMT** | Date | February 15, 2007 |
|---|---|---|---|

| Present: The Honorable | THE HONORABLE ROBERT M. TAKASUGI, SENIOR U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Heidi M. Hricko | Deborah Gackle | Sherilyn Peace Garnett, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Steven Eric Prowler | x | x | | 1) Chris Dybwad, DFPD | | x | |

**Proceedings:** STATUS CONFERENCE RE: CHANGE OF PLEA

Defendant is present with counsel.

Court and counsel confer and the Court is advised that more time is needed for the preparation of a Plea Agreement.

The Court sets a Further Status Conference re: Change of Plea for February 21, 2007, at 9:30 a.m.

| | : | .10 |
|---|---|---|
| | Initials of Deputy Clerk | hmh |

cc: PSA
    USM