SEAN K. KENNEDY (No. 145632)  Send
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
CHRISTOPHER W. DYBWAD (No. 235234)
Deputy Federal Public Defender
(E-mail: Christopher_Dybwad@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4283
Facsimile (213) 894-0081

Attorneys for Defendant
STEVEN ERIK PROWLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>          Plaintiff,                  )<br>                                      )<br>     v.                               )<br>                                      )<br> STEVEN ERIK PROWLER,                 )<br>                                      )<br>          Defendant.                  )<br>_____) | NO. CR 06-00391(A)-RMT<br><br>[~~PROPOSED~~] ORDER CONTINUING SENTENCING PRESENTLY SCHEDULED FOR JUNE 25, 2007 AT 9:30 A.M. TO SEPTEMBER 17, 2007 AT 9:30 A.M. |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing presently scheduled for June 25, 2007 at 9:30 a.m. is continued to September 17, 2007 at 9:30 a.m.

DATED: June 11, 2007

_____
HONORABLE ROBERT M. TAKASUGI
Senior United States District Court Judge

Presented by:

       /S/
_____
CHRISTOPHER W. DYBWAD, DFPD

cc: USPO