1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   CHRISTOPHER W. DYBWAD (No. 235234)
3  Deputy Federal Public Defender
   (E-mail: Christopher_Dybwad@fd.org)
4  Office of the Federal Public Defender
   321 East 2nd Street
5  Los Angeles, California 90012-4202
   Telephone (213) 894-4283
6  Facsimile (213) 894-0081

7  Attorneys for Defendant
   STEVEN ERIK PROWLER

8

9

10

11

12

13

14

15

16

17

18

**FILED**
CLERK, U.S. DISTRICT COURT

SEP 10 2007

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LODGED

2007 SEP 10 AM 10:56
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,       )       NO. CR. 06-391(A)-RMT
                                )
            Plaintiff,          )       [PROPOSED] ORDER GRANTING
                                )       APPLICATION TO SEAL
       v.                       )       DEFENDANT'S POSITION RE:
                                )       SENTENCING FACTORS
STEVEN ERIK PROWLER,            )
                                )
            Defendant.          )
                                )

19

20      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

21  the Application to Seal the document entitled Defendant's Position Re: Sentencing

22  Factors is GRANTED. The Application, the Defendant's Sentencing Memorandum,

23  and this Order shall be filed under seal.

24                  SEP 10 2007

25  DATED: _____        _____

26                                  HONORABLE ROBERT M. TAKASUGI
                                    Senior United States District Judge
27  Submitted by:

28  _____
    CHRISTOPHER W. DYBWAD
    Deputy Federal Public Defender

PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served the [PROPOSED] ORDER GRANTING APPLICATION TO SEAL DEFENDANT'S POSITION RE: SENTENCING FACTORS.

On September 10, 2007, following ordinary business practice, service was:

[X] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

SHERILYN P. GARNETT, AUSA
United States Attorneys Office
United States Court House
312 North Spring Street, Room 1536
Los Angeles, California 90012

CHRISTINA AYE, USPO
United States Probation Office
United States Court House
312 North Spring Street, 6th floor
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on September 10, 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

ODALYS QUINTANA