# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No. __CR 06-00391(A)-RMT__ | Date __September 17, 2007__ |

Present: The Honorable __ROBERT M. TAKASUGI, UNITED STATES DISTRICT JUDGE__

| Linda Williams | Donna FitzSimons Rust | Sherilyn Peace Garnett |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| Steven Eric Prowler (CUSTODY) | Chris Dybwad/Guy Iversen | | | X | None |

**PROCEEDINGS:**        **SENTENCING AND JUDGMENT**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    _X_ Refer to separate Judgment Order.

___ Imprisonment for __years/months__ on each of counts _____

Count(s) _____ concurrent/consecutive to count(s) _____

___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

___ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

  ___ Perform _____ hours of community service.
  ___ Serve _____ in a CCC/CTC.
  ___ Pay $_____ fine amounts & times determined by P/O.
  ___ Make $_____ restitution in amounts & times determined by P/O.
  ___ Participate in a program for treatment of narcotic/alcohol addiction.
  ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  ___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $_____ per count, special assessment to the United States for a total of $_____

___ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.    ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender    ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release    # _____
___ Present bond to continue as bond on appeal.    ___ Appeal bond set at $_____
_X_ Filed and distributed judgment. ENTERED.

Initials of Deputy Clerk __01__ : __14__
                              ljw

cc: USPO, USM, BOP, PSA, Fiscal