**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>Plaintiff(s),<br>v.<br><br>STEVEN PROWLER,<br><br><br>Defendant(s). | CASE NUMBER<br><br>CR06-391-CBM<br><br><br>**NOTICE OF FILING OF**<br>☑ **OFFICIAL** ☐ **REDACTED  TRANSCRIPT** |

TO ALL COUNSEL OF RECORD:

☑    Notice is hereby given that an official transcript of a proceeding, document number(s)
 125                                                                                                                                          ,
has been filed by the court reporter/electronic court recorder in the above-captioned matter.  The parties
have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent
to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to
file with the court a Redaction Request.  If no such Notice or Redaction Request is filed, the transcript will
be made electronically available to the public without redaction after 90 calendar days.  Any party needing
a copy of the transcript to review for redaction purposes may purchase a copy from the court
reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐    Notice is hereby given that a redacted transcript of a proceeding, document number(s)

                                                                                                                                          ,
has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date: 9/29/10                                    CINDY NIRENBERG, COURT REPORTER
                                                 Court Reporter/Deputy Clerk

G-46 (5/08)                        **NOTICE OF FILING OF OFFICIAL TRANSCRIPT**