**FILED**

FEB 03 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 10-50379 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:06-cr-00391-CBM-1 Central District of California, Los Angeles |
| v. | |
| STEVEN ERIK PROWLER, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

FEB - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's unopposed motion for a third extension of time to file the opening brief is granted. The opening brief is due March 4, 2011. The answering brief is due April 4, 2011. The optional reply brief is due within 14 days after service of the answering brief.

amt/Pro Mo commish 31Jan 2011