**FILED**

MAR 02 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 10-50379 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:06-cr-00391-CBM-1 Central District of California, Los Angeles |
| v. | |
| STEVEN ERIK PROWLER, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's unopposed motion for a fourth extension of time to file the opening brief is granted. The opening brief is due April 4, 2011. The answering brief is due May 4, 2011. The optional reply brief is due within 14 days after service of the answering brief.

amt/Pro Mo commish 28Feb 2011