**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 30 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 10-50379 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:06-cr-00391-CBM-1 Central District of California, Los Angeles |
| v. | |
| STEVEN ERIK PROWLER, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's unopposed motion for a fifth extension of time to file the opening brief is granted. The opening brief is due May 4, 2011. The answering brief is due June 3, 2011. The optional reply brief is due within 14 days after service of the answering brief.

amt/Pro Mo commish 28Mar 2011